UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBIN MATHEW,

            Petitioner,

v.

CALEB VITELLO, et al.,

            Respondents.

No. 1:26-cv-03411-DJC-SCR

ORDER

Petitioner originally filed a Petition for Writ of Habeas Corpus (ECF No. 1) and a Motion for Temporary Restraining Order (ECF No. 2).  The Court previously denied the Motion, finding that Petitioner had not established a likelihood of success on the merits.  (ECF No. 13.)  Respondents have since filed a status report confirming that they agree Petitioner is eligible for a bond hearing but that Petitioner withdrew his request for a bond hearing and that his scheduled bond hearing was cancelled.  (ECF No. 14.)  As there is no dispute that Petitioner is entitled to a bond hearing, voluntarily withdrew his request for a bond hearing, and must request a new bond hearing be scheduled for one to occur, Petitioner is not entitled to relief on the basis identified in the Petition.

Accordingly, the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED.[1] The Clerk of the Court is directed to close this case.  This order resolves all pending Motions.

IT IS SO ORDERED.

Dated:   **June 4, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] This denial is without prejudice to other claims for relief raised in a later habeas petition.